**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Felicia Cabrera, | Case No. 1:08-cv-03180-CBA-MDG |
| Plaintiff, | |
| v. | |
| | **NOTICE OF SETTLEMENT** |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in the near future.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle A. Labayen*
    Michelle A. Labayen ML2960
    Bar No. 6868
    420 Lexington Avenue, Suite 2132
    New York, NY 10170
    Tel: 866.339.1156
    Fax: 312.822.1064
    Email: mal@legalhelpers.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on January 23, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      */s/ Michelle A. Labayen*