## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felicia Cabrera, | **Case No. 1:08-cv-03180-CBA-MDG** |
| Plaintiff, | |
| v. | |
| Portfolio Recovery Associates, LLC, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice.  Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.                          Maurice & Needleman, P.C.

By: */s/ Michelle A. Labayen*                 By: */s/ Thomas R. Dominczyk*
Michelle A. Labayen (Bar No. 6868)            Thomas R. Dominczyk, Esq.
420 Lexington Avenue, Suite 2132              5 Walter E. Foran Blvd., Suite 2007
New York, NY 10170                            Flemington, New Jersey 08822
Tel:  866.339.1156                            Main (908) 237-4550
Fax: 312.822.1064                             Fax (908) 237-4551
Email:  mal@legalhelpers.com                  Email: trd@mnlawpc.com
*Attorneys for Plaintiff*                      *Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<u>*/s/ Thomas R. Dominczyk*</u>