UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felicia Cabrera,<br><br>　　　Plaintiff,<br><br>v.<br><br>Portfolio Recovery Associates, LLC,<br><br>　　　Defendant. | Case No. 1:08-cv-03180-CBA-MDG<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now comes the parties, by and through counsel, and hereby dismiss the present action pursuant to Fed. R. 41(a)1(ii), with prejudice. Each party shall bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Michelle A. Labayen*
Michelle A. Labayen (Bar No. 6868)
420 Lexington Avenue, Suite 2132
New York, NY 10170
Tel: 866.339.1156
Fax: 312.822.1064
Email: mal@legalhelpers.com
*Attorneys for Plaintiff*

Maurice & Needleman, P.C.

By: */s/ Thomas R. Dominczyk*
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, New Jersey 08822
Main (908) 237-4550
Fax (908) 237-4551
Email: trd@mnlawpc.com
*Attorney for Defendant*

　　　　　　　　　　　　s/Hon. Carol B. Amon
*SO ORDERED:*  _____
*February 26, 2009*　　　　　　　*USDJ*